AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   3:25-cv-00129-ART-CSD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Tyler Baehr** was recieved by me on 3/07/2025:

[X]  I personally served the summons on the individual at ▓▓▓▓▓▓▓ Reno, NV 89521 on 03/08/2025 at 12:20 PM; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date: 03/09/2025

*Server's signature*

**Linda Bucciachio**
*Printed name and title*

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS; COMPLAINT, to Tyler Baehr with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 25-35 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses and a mustache.



Tracking #: 0161213924
