Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com

Lauren Gorman, Esq.
Nevada State Bar #11580
275 Hill Street, Suite 248
Reno, Nevada 89501
(775) 742-6129
lgorman@laurengormanlaw.com
*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERICA BLUTH, an individual, and LAVORIA WILSON, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>TYLER BAEHR, and individual, and THE CITY OF RENO, a political subdivision of the State of Nevada.,<br><br>  Defendants. | Case No.: 3:25-cv-00129 ART-CSD<br><br>**PLAINTIFFS' PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

  Pursuant to the requirements of Fed. R. Civ. P. 26(f) and LR 26-1, the Plaintiffs submit the following Proposed Discovery Plan and Scheduling Order in the

above-captioned matter. Defendant City of Reno has declined to stipulate to this plan, necessitating separate submission by the Plaintiffs. See Exhibit 1.

**A. Information Requested by Fed. R. Civ. P. 26(f):**

**Rule 26(f) Conference and Initial Disclosures:** Counsel for the Plaintiffs and the City of Reno conducted a meeting pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1 on Monday, April 14, 2025. The Plaintiffs propose that the parties serve initial disclosures in accordance with Federal Rule of Civil Procedure 26(a) on or before Monday, April 28, 2025. The City of Reno has objected to the default 14-day timeframe for initial disclosures, citing its intention to seek a stay pending a related criminal matter (Case No. 3:25-CR-00002-MMD-CSD).

**Scope of Discovery:** Discovery may be conducted on all discoverable matters relevant to issues raised by the Complaint (ECF No. 1), the City of Reno's Answer and Affirmative Defenses (ECF No. 6), and any subsequent pleadings, consistent with the Federal Rules of Civil Procedure and the Local Rules of this District.

**Proposed Changes to Rules:** No changes or limitations to the Federal Rules of Civil Procedure or Local Rules for the District of Nevada are requested at this time.

**B. Information Requested by LR 26-1:**

**Discovery Cut-Off Date:** The Plaintiffs propose a discovery period of one hundred eighty (180) days from April 14, 2025, the date of the early case conference. All discovery must be completed no later than Friday, October 10, 2025. When producing documents responsive to a discovery request, the documents shall be numbered, and the responsive documents shall be specifically referred to by Bates number in the response. The parties anticipate that their initial, supplemental, and

responsive production of materials will be in .pdf and/or paper formats, served by electronic means where feasible.

**Amending the Pleadings and Adding Parties:** The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days after the Rule 26(f) conference and, therefore, not later than Monday, July 14, 2025. Any party causing additional parties to be joined or brought into this action shall contemporaneously therewith cause a copy of this Order to be served upon the new party or parties.

**Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** The last day for disclosures required by Fed. R. Civ. P. 26(a)(2) concerning experts shall be Monday, August 11, 2025. The last day for disclosures regarding rebuttal experts shall be Wednesday, September 10, 2025.

**Dispositive Motions:** The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore, not later than Monday, November 10, 2025.

**Pretrial Order:** If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than Wednesday, December 10, 2025. In the event dispositive motions are filed, the last day to file the Joint Pretrial Order shall be suspended until thirty (30) days after the ruling on the dispositive motions.

**C. Certifications:** By signing below, the Plaintiffs make the following certifications: (1) The parties have met and conferred about the possibility of using

alternative dispute-resolution processes, including mediation, arbitration, and, if applicable, early neutral evaluation; and (2) The parties have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Dated: Apr 23, 2025

By: ___/s/ Luke Busby, Esq._____
Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com

Lauren Gorman, Esq.
Nevada State Bar #11580
275 Hill Street, Suite 248
Reno, Nevada 89501
(775) 742-6129
lgorman@laurengormanlaw.com
*Attorneys for the Plaintiffs*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: _____

**CERTIFICATE OF SERVICE**

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing by:

\_\_\_\_\_ personally delivering;
\_\_\_\_\_ delivery via Reno/Carson Messenger Service;
\_\_\_\_\_ sending via Federal Express (or other overnight delivery service);
\_\_\_\_\_ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,
\_\_x\_\_ delivery via electronic means (fax, eflex, NEF, etc.) to:

Peter K Keegan
Reno City Attorney
1 East 1st Street
Reno, NV 89510
775-220-1426
Email: keeganp@reno.gov

Apr 23, 2025

By: /s/ Luke Busby, Esq.

Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
luke@lukeandrewbusbyltd.com
Attorney for the Plaintiff

5