Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com

Lauren Gorman, Esq.
Nevada State Bar #11580
275 Hill Street, Suite 248
Reno, Nevada 89501
(775) 742-6129
lgorman@laurengormanlaw.com
*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERICA BLUTH, an individual, and LAVORIA WILSON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>TYLER BAEHR, and individual, and THE CITY OF RENO, a political subdivision of the State of Nevada.,<br><br>    Defendants. | Case No.: 3:25-cv-00129 ART-CSD<br><br>**PLAINTIFFS' MOTION REGARDING DISCOVERY DISPUTE** |

COME NOW Plaintiffs ERICA BLUTH and LAVORIA WILSON and pursuant to the Civil Standing Order of U.S. Magistrate Judge Denney, file this Motion Regarding Discovery Dispute to compel Defendant City of Reno to produce the Draft Internal Affairs Investigation Report (ADI 2024-00011) listed in its Initial Disclosures.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**Statement of Unresolved Issue**

The City of Reno listed the Draft Internal Affairs Investigation Report (ADI 2024-00011, 118 pages) in its Initial Disclosures but has not provided a copy, claiming that describing the document and its location ("City of Reno - OneDrive - Electronically Stored Information") satisfies Fed. R. Civ. P. 26(a)(1)(A)(ii).  Thereafter, counsel for the Plaintiff emailed counsel for the City, requesting that the document be produced electronically, which the City has refused.

Plaintiffs contend this violates Rule 26, as the City has not provided a copy of the document, nor is the listed "location" accessible to Plaintiffs. The City refuses to produce the document or even permit copying if Plaintiffs' counsel appeared at their office, engaging in gamesmanship to delay discovery.

**Summary of Plaintiffs' Position**

Fed. R. Civ. P. 26(a)(1)(A)(ii) requires a party to provide "a copy—or a description by category and location—of all documents…that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses." The 1993 Advisory Committee Notes clarify that this rule functions as a standing Rule 34 order to "accelerate the exchange of basic information" and prevent gamesmanship. The City's refusal to produce the Draft Internal Affairs Report, despite Plaintiffs' April 30, 2025 request, violates this obligation.

The listed "location" (OneDrive) is not accessible to Plaintiffs, rendering the disclosure meaningless. The City has not asserted privilege or protection under Rule

26(b)(5)(A) to justify non-disclosure, risking sanctions under Rule 26(g)(3) for non-compliance without substantial justification.

The City's position—that merely describing the document suffices despite an express request to obtain the document—is untenable and contrary to the rule's purpose. During the May 2, 2025, meet and confer, the City admitted the City is tactically withholding the document, pending a potential motion for stay of discovery or a ruling on its Motion to Dismiss, while claiming technical compliance.

This gamesmanship frustrates the expeditious resolution of this case, especially given the report's potential relevance to the City's policies and practices, as noted in Plaintiffs' assessment during the meet and confer. The City's refusal to even allow copying of the document if Plaintiffs' counsel appeared at the City's office further underscores their uncooperative stance.

**Plaintiffs' Requested Resolution**

Plaintiffs request that the Court order the City of Reno to produce the Draft Internal Affairs Investigation Report (ADI 2024-00011) by May 7, 2025. Alternatively, Plaintiffs request a compromise where the City permits inspection and copying of the document at their office by May 7, 2025. Plaintiffs further request that the Court expedite resolution of this dispute, consistent with this Court's efficient discovery dispute process, to prevent further delay.

**Certification of Meet and Confer Efforts**

The undersigned certifies that on May 2, 2025, at 2:00 p.m., counsel for Plaintiffs Luke Busby and Lauren Gorman and counsel for Defendant City of Reno, Peter Keegan, conducted a meet and confer to resolve this discovery dispute. The

parties discussed the City's failure to produce the Draft Internal Affairs Investigation Report despite Plaintiffs' request on April 30, 2025. The dispute remained unresolved, with the City maintaining that describing the document satisfies Fed. R. Civ. P. 26(a)(1)(A)(ii) and refusing production absent a court order.

Dated: May 5, 2025

By: /s/ Luke Busby, Esq.
Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com

Lauren Gorman, Esq.
Nevada State Bar #11580
275 Hill Street, Suite 248
Reno, Nevada 89501
(775) 742-6129
lgorman@laurengormanlaw.com
*Attorneys for the Plaintiffs*

Exhibit List

1. City of Reno's Initial Disclosures

**CERTIFICATE OF SERVICE**

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing by:

_____ personally delivering;
_____ delivery via Reno/Carson Messenger Service;
_____ sending via Federal Express (or other overnight delivery service);
\_\_\_\_\_ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,
\_\_\_x\_\_\_    delivery via electronic means (fax, eflex, NEF, etc.) to:

   Peter K Keegan
   Reno City Attorney
   1 East 1st Street
   Reno, NV 89510
   775-220-1426
   Email: keeganp@reno.gov

May 5, 2025

By: /s/ Luke Busby, Esq.

Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
luke@lukeandrewbusbyltd.com
Attorney for the Plaintiff

5