# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERICA BLUTH, an individual,<br>LAVORIA WILSON, an individual,<br><br>                   Plaintiffs,<br>  v.<br><br>TYLER BAEHR, an individual,<br>CITY OF RENO, a political subdivision<br>of the State of Nevada,<br><br>                   Defendants. | 3:25-cv-00129-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 17 |

Before the court is Plaintiffs' Motion Regarding Discovery Dispute. (ECF No. 17.)

Pursuant to the Court's Civil Standing Order (ECF No. 8), Defendants shall file a response on or before close of business on **Thursday, May 8, 2025.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: May 5, 2025.

_____
Craig S. Denney
United States Magistrate Judge