Tyler Baehr, Pro Se
9752 Pachuca Drive
Reno, Nevada 89521

Filed __ Received __ Entered __ Served On
Counsel/Parties of Record

MAY 0 6 2025

Clerk U.S. District Court
District of Nevada
By: _____ Deputy

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERICA BLUTH, an individual, and
LAVORIA WILSON, an individual,

    Plaintiffs,

vs.

TYLER BAEHR, an individual, and THE
CITY OF RENO, a political subdivision of
the State of Nevada,

    Defendants.                /

Case No.: 3:25-cv-00129-ART-CSD

**ANSWER TO COMPLAINT**

    Defendant, Tyler Baehr, appearing pro se, hereby responds, on his behalf only, to the allegations in Plaintiff's Complaint for Damages and Declaratory Relief [ECF No. 1], filed on March 5, 2025, by admitting, denying, and averring as set forth below. The defendant asserts that he is subject to a pending criminal action and responding to certain allegations herein could tend to incriminate him in that action. Therefore, the defendant invokes the Fifth Amendment to the United States and Nevada Constitutions which protect an individual against self-incrimination. Matters not fully responded to herein are the result of the invocation of the defendant's Fifth Amendment rights.

### Jurisdiction

    1.    In answering paragraph 1of the Complaint, said paragraph states legal conclusions to which no response is required. Therefore, the defendant denies the same.

    2.    In answering paragraph 2 of the Complaint, said paragraph states legal conclusions to which no response is required. Therefore, the defendant denies the same.

3.    In answering paragraph 3 of the Complaint, said paragraph states legal conclusions to which no response is required. Therefore, the defendant denies the same.

### Venue

4.    In answering paragraph 4 of the Complaint, said paragraph states legal conclusions to which no response is required. Therefore, the defendant denies the same.

### Parties

5.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 5 of plaintiffs' Complaint and therefore denies the same.

6.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 6 of plaintiffs' Complaint and therefore denies the same.

7.    Paragraph 7 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

8.    In answering paragraph 8 of the Complaint, said paragraph states legal conclusions to which no response is required. Therefore, the defendant denies the same.

9.    In answering paragraph 9 of the Complaint, said paragraph states legal conclusions to which no response is required. Therefore, the defendant denies the same.

10.    In answering paragraph 10 of the Complaint, said paragraph states legal conclusions to which no response is required. Therefore, the defendant denies the same.

11.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 11 of plaintiffs' Complaint and therefore denies the same.

12.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 12 of plaintiffs' Complaint and therefore denies the same.

1

**Statement of Facts - Bluth Incident**

2    13.    Paragraph 13 of the Complaint seeks information that could tend to incriminate
3    this answering defendant and therefore he invokes the protections of the Fifth Amendment
4    to the United States and Nevada Constitutions, and based thereupon denies all allegations of
5    said paragraph.

6    14.    Paragraph 14 of the Complaint seeks information that could tend to incriminate
7    this answering defendant and therefore he invokes the protections of the Fifth Amendment
8    to the United States and Nevada Constitutions, and based thereupon denies all allegations of
9    said paragraph.

10    15.    Paragraph 15 of the Complaint seeks information that could tend to incriminate
11    this answering defendant and therefore he invokes the protections of the Fifth Amendment
12    to the United States and Nevada Constitutions, and based thereupon denies all allegations of
13    said paragraph.

14    16.    Paragraph 16 of the Complaint seeks information that could tend to incriminate
15    this answering defendant and therefore he invokes the protections of the Fifth Amendment
16    to the United States and Nevada Constitutions, and based thereupon denies all allegations of
17    said paragraph.

18    17.    Paragraph 17 of the Complaint seeks information that could tend to incriminate
19    this answering defendant and therefore he invokes the protections of the Fifth Amendment
20    to the United States and Nevada Constitutions, and based thereupon denies all allegations of
21    said paragraph.

22    18.    Paragraph 18 of the Complaint seeks information that could tend to incriminate
23    this answering defendant and therefore he invokes the protections of the Fifth Amendment
24    to the United States and Nevada Constitutions, and based thereupon denies all allegations of
25    said paragraph.

26

**Statement of Facts - Wilson Incident**

27    19.    Paragraph 19 of the Complaint seeks information that could tend to incriminate
28    this answering defendant and therefore he invokes the protections of the Fifth Amendment

to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

20.    Paragraph 20 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

21.    Paragraph 21 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

22.    Paragraph 22 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

23.    Paragraph 23 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

24.    Paragraph 24 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

25.    Paragraph 25 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

26.    Paragraph 26 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment

-4-

1    to the United States and Nevada Constitutions, and based thereupon denies all allegations of

2    said paragraph.

3         27.    Paragraph 27 of the Complaint seeks information that could tend to incriminate

4    this answering defendant and therefore he invokes the protections of the Fifth Amendment

5    to the United States and Nevada Constitutions, and based thereupon denies all allegations of

6    said paragraph.

7                     **First Cause of Action**

8       **Violation of Fourth Amendment Rights Under 42 U.S.C. § 1983**

9         28.    Defendant adopts by reference and incorporates herein each, every and all of

10    his admissions, denials and averments to Paragraphs 1 through 27 of plaintiffs' Complaint

11    as if the same were set forth in full at this point.

12         29.    Paragraph 29 of the Complaint seeks information that could tend to incriminate

13    this answering defendant and therefore he invokes the protections of the Fifth Amendment

14    to the United States and Nevada Constitutions, and based thereupon denies all allegations of

15    said paragraph.

16         30.    Paragraph 30 of the Complaint seeks information that could tend to incriminate

17    this answering defendant and therefore he invokes the protections of the Fifth Amendment

18    to the United States and Nevada Constitutions, and based thereupon denies all allegations of

19    said paragraph.

20         31.    Paragraph 31 of the Complaint seeks information that could tend to incriminate

21    this answering defendant and therefore he invokes the protections of the Fifth Amendment

22    to the United States and Nevada Constitutions, and based thereupon denies all allegations of

23    said paragraph.

24         32.    Paragraph 32 of the Complaint seeks information that could tend to incriminate

25    this answering defendant and therefore he invokes the protections of the Fifth Amendment

26    to the United States and Nevada Constitutions, and based thereupon denies all allegations of

27    said paragraph.

28         33.    Paragraph 33 of the Complaint seeks information that could tend to incriminate

this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

34.    Paragraph 34 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

35.    Paragraph 35 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

36.    Paragraph 36 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

## Second Cause of Action

## Violation of Nevada Constitution Article 1, Section 18

## (Against Baehr and the City of Reno)

37.    Defendant adopts by reference and incorporates herein each, every and all of his admissions, denials and averments to Paragraphs 1 through 36 of plaintiffs' Complaint as if the same were set forth in full at this point.

38.    In answering paragraph 38 of the Complaint, said paragraph states legal conclusions to which no response is required. Therefore, the defendant denies the same.

39.    Paragraph 39 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

40.    Paragraph 40 of the Complaint seeks information that could tend to incriminate

1    this answering defendant and therefore he invokes the protections of the Fifth Amendment

2    to the United States and Nevada Constitutions, and based thereupon denies all allegations of

3    said paragraph.

4                                    **Third Cause of Action**

5                                    **Intrusion Upon Seclusion**

6                               **(Against Baehr and the City of Reno)**

7            41.     Defendant adopts by reference and incorporates herein each, every and all of

8    his admissions, denials and averments to Paragraphs 1 through 40 of plaintiffs' Complaint

9    as if the same were set forth in full at this point.

10           42.     Paragraph 42 of the Complaint seeks information that could tend to incriminate

11   this answering defendant and therefore he invokes the protections of the Fifth Amendment

12   to the United States and Nevada Constitutions, and based thereupon denies all allegations of

13   said paragraph.

14           43.     Paragraph 43 of the Complaint seeks information that could tend to incriminate

15   this answering defendant and therefore he invokes the protections of the Fifth Amendment

16   to the United States and Nevada Constitutions, and based thereupon denies all allegations of

17   said paragraph.

18           44.     Paragraph 44 of the Complaint seeks information that could tend to incriminate

19   this answering defendant and therefore he invokes the protections of the Fifth Amendment

20   to the United States and Nevada Constitutions, and based thereupon denies all allegations of

21   said paragraph.

22           45.     In answering paragraph 45 of the Complaint, said paragraph states legal

23   conclusions to which no response is required.  Therefore, the defendant denies the same.

24           46.     Paragraph 46 of the Complaint seeks information that could tend to incriminate

25   this answering defendant and therefore he invokes the protections of the Fifth Amendment

26   to the United States and Nevada Constitutions, and based thereupon denies all allegations of

27   said paragraph.

28   ///

### Fourth Cause of Action

### 42 U.S.C. 1983 - *Monell* Claim for Failure to Train

### (Against the City of Reno)

47.    Defendant adopts by reference and incorporates herein each, every and all of his admissions, denials and averments to Paragraphs 1 through 46 of plaintiffs' Complaint as if the same were set forth in full at this point.

48.    Paragraph 48 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

49.    In answering paragraph 49 of the Complaint, said paragraph states legal conclusions to which no response is required.  Therefore, the defendant denies the same.

50.    Paragraph 50 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

51.    Paragraph 51 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

52.    Paragraph 52 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

53.    Paragraph 53 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

54. Paragraph 54 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

55. Paragraph 55 of the Complaint seeks information that could tend to incriminate this answering defendant and therefore he invokes the protections of the Fifth Amendment to the United States and Nevada Constitutions, and based thereupon denies all allegations of said paragraph.

## AFFIRMATIVE DEFENSES

This answering defendant may possess certain affirmative defenses, however, the assertion of those defenses at this point in time may tend to incriminate him and therefore he must invoke the protections of the Fifth Amendment to the United States and Nevada Constitutions. The defendant seeks leave to supplement this Answer to assert appropriate affirmative defenses once the pending criminal matter has been finally adjudicated.

Wherefore, Defendant hereby prays for judgment as follows:

1. That Plaintiffs take nothing by reason of their Complaint on file herein;

2. That Defendant be awarded reasonable costs of suit for defense of this matter.

3. For such other and further relief as the Court deems just and proper.

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding document does not contain the personal information of any person as defined in NRS 603A

DATED this _5TH_ day of _MAY_, 2025.

_____
Tyler Baehr, Pro Se

Notice:

This Answer was prepared with the assistance of Thomas P. Beko, Esq., who will not appear as counsel of record in this case.

-9-

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am a defendant in the foregoing matter, and that on this day I served a copy of on the foregoing document(s) on the party(s) set forth below by:

☑    U.S. Mail

☐    CMECF electronic service

☐    Facsimile Transmission

☐    Personal Service

☐    Messenger Service

addressed as follows:
Luke Busby, Esq.
316 California Ave.
Reno, NV 89509
Attorney for Plaintiffs

Lauren Gorman, Esq.
275 Hill Street, Ste 248
Reno, NV 89501
Attorney for Plaintiffs

Karl S. Hall, Esq., Reno City Attorney
Peter K. Keegan, Esq., Deputy City Attorney
Post Office Box 1900
Reno, Nevada 89505
Attorneys for the City of Reno

DATED this 6TH day of MAY, 2025.

-10-