# EXHIBIT  1

# EXHIBIT  1

**Second Judicial District Court**
State of Nevada
Washoe County

*Electronic Filing*

## Case Summary for Case: CV24-02408

CONS: ERICA BLUTH VS THE CITY OF RENO (D8)

| | | | |
|---|---|---|---|
| **Case Number** | CV24-02408 | **Plaintiff** | ERICA BLUTH |
| **Case Type** | WRIT OF MANDAMUS - CIVIL | **Defendant** | CITY OF RENO et al |
| **Opened** | 10-21-2024 | **Judge** | HONORABLE BARRY L. BRESLOW - Division D8 |
| **Status** | PENDACTIVE | | |

⊞ Show/Hide Participants

| File Date | Case History |
|---|---|
| 03-17-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10896231 - Approved By: NOREVIEW : 03-17-2025:12:58:17 |
| 03-17-2025 | **Supreme Court Receipt for Doc**<br>Filed<br>Supreme Court Receipt for Doc SUPREME COURT NO. 90244 - RECEIPT FOR DOCUMENTS - Transaction 10896221 - Approved By: NOREVIEW : 03-17-2025:12:56:45 |
| 03-10-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10881970 - Approved By: NOREVIEW : 03-10-2025:14:20:09 |
| 03-10-2025 | **Supreme Court Receipt for Doc**<br>Filed<br>Supreme Court Receipt for Doc SUPREME COURT NO. 90244 - RECEIPT FOR DOCUMENTS - Transaction 10881963 - Approved By: NOREVIEW : 03-10-2025:14:19:07 |
| 03-10-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10880871 - Approved By: NOREVIEW : 03-10-2025:10:55:52 |
| 03-10-2025 | **District Ct Deficiency Notice**<br>Filed<br>District Ct Deficiency Notice NOTICE OF CROSS-APPEAL DEFICIENCY - SUPREME COURT FILING FEE ONLY - Transaction 10880865 - Approved By: NOREVIEW : 03-10-2025:10:54:57 |
| 03-10-2025 | **Certificate of Clerk**<br>Filed<br>Certificate of Clerk CERTIFICATE OF CLERK AND TRANSMITTAL - NOTICE OF CROSS-APPEAL - Transaction 10880865 - Approved By: NOREVIEW : 03-10-2025:10:54:57 |
| 03-10-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10880705 - Approved By: NOREVIEW : 03-10-2025:10:14:02 |
| 03-10-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10880642 - Approved By: NOREVIEW : 03-10-2025:10:03:29 |
| 03-10-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10880630 - Approved By: NOREVIEW : 03-10-2025:10:00:52 |
| 03-10-2025<br>Plaintiff | **Case Appeal Stmt-Cross Appeal**<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Case Appeal Stmt-Cross Appeal Transaction 10880621 - Approved By: NOREVIEW : 03-10-2025:09:59:19 |
| 03-10-2025<br>Plaintiff | **Notice of Cross Appeal**<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>$Notice of Cross Appeal ORDER FEB. 4, 2025 - Transaction 10880607 - Approved By: YVILORIA - 03-10-2025:10:02:45 |
| 03-05-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10873139 - Approved By: NOREVIEW : 03-05-2025:13:49:26 |
| 03-05-2025 | **Certificate of Clerk**<br>Filed<br>Certificate of Clerk CERTIFICATE OF CLERK AND TRANSMITTAL - NOTICE OF APPEAL - Transaction 10873136 - Approved By: NOREVIEW : 03-05-2025:13:48:38 |
| 03-05-2025 | **Notice of Electronic Filing** |

Case Summary

Filed

Proof of Electronic Service Transaction 10873022 - Approved By: NOREVIEW : 03-05-2025:13:14:03

03-05-2025
Defendant

Case Appeal Statement

Filed by: MARIAH NORTHINGTON, ESQ.

Case Appeal Statement Transaction 10873018 - Approved By: NOREVIEW : 03-05-2025:13:13:21

03-05-2025

Notice of Electronic Filing

Filed

Proof of Electronic Service Transaction 10872560 - Approved By: NOREVIEW : 03-05-2025:11:12:21

03-05-2025
Defendant

Notice of Appeal Supreme Court

Filed by: MARIAH NORTHINGTON, ESQ.

Notice of Appeal Supreme Court ORDER FEB 4, 2025 - Transaction 10872471 - Approved By: YVILORIA : 03-05-2025:11:11:20

02-20-2025

Notice of Electronic Filing

Filed

Proof of Electronic Service Transaction 10848247 - Approved By: NOREVIEW : 02-20-2025:10:07:32

02-20-2025
Defendant

Notice of Entry of Ord

Filed by: MARIAH NORTHINGTON, ESQ.

Notice of Entry of Ord Transaction 10848239 - Approved By: NOREVIEW : 02-20-2025:10:06:40
    - Exhibit 1

02-19-2025

Notice of Electronic Filing

Filed

Proof of Electronic Service Transaction 10847313 - Approved By: NOREVIEW : 02-19-2025:16:12:56

02-19-2025

Ord Granting Mtn

Filed

Ord Granting Mtn ... ORD GRANTING MTN FOR STAY - Transaction 10847305 - Approved By: NOREVIEW : 02-19-2025:16:12:04

02-19-2025

Notice of Electronic Filing

Filed

Proof of Electronic Service Transaction 10844964 - Approved By: NOREVIEW : 02-19-2025:08:14:18

02-18-2025

Notice of Electronic Filing

Filed

Proof of Electronic Service Transaction 10844848 - Approved By: NOREVIEW : 02-18-2025:20:15:26

02-18-2025
Defendant

Request for Submission

Filed by: MARK W. DUNAGAN, ESQ.

Request for Submission Transaction 10844847 - Approved By: NOREVIEW : 02-18-2025:20:14:46 DOCUMENT TITLE: MOTION TO RETAX COSTS PARTY SUBMITTING: MARK DUNAGAN, ESQ. DATE SUBMITTED: 2/18/25 SUBMITTED BY: EG DATE RECEIVED JUDGE OFFICE:

02-18-2025
Defendant

Reply

Filed by: MARK W. DUNAGAN, ESQ.

Reply... REPLY IN SUPPORT OF MOTION TO RETAX COSTS - Transaction 10844691 - Approved By: EGUADRON : 02-19-2025:08:13:33
    - Exhibit 1

02-14-2025

Notice of Electronic Filing

Filed

Proof of Electronic Service Transaction 10839023 - Approved By: NOREVIEW : 02-14-2025:08:59:59

02-14-2025
Defendant

Request for Submission

Filed by: MARIAH NORTHINGTON, ESQ.

Request for Submission Transaction 10839022 - Approved By: NOREVIEW : 02-14-2025:08:59:31 DOCUMENT TITLE: MOTION FOR STAY OF ENFORCEMENT OF ORDER GRANTING APPLICATION IN PART FILED ON FEBRUARY 4, 2025 AND ANY RULING ON PENDING MOTION FOR ATTORNEYS FEES PARTY SUBMITTING: MARIAH NORTHINGTON, ESQ. DATE SUBMITTED: 2/14/25 SUBMITTED BY: EG DATE RECEIVED JUDGE OFFICE:

02-14-2025

Notice of Electronic Filing

Filed

Proof of Electronic Service Transaction 10839015 - Approved By: NOREVIEW : 02-14-2025:08:57:41

02-14-2025
Defendant

Reply

Filed by: MARIAH NORTHINGTON, ESQ.

Reply... CITY OF SPARKS' REPLY IN SUPPORT OF ITS MOTION FOR STAY OF ENFORCEMENT OF ORDER GRANTING APPLICATION IN PART FILED ON FEBRUARY 4, 2025 AND ANY RULING ON PENDING MOTION FOR ATTORNEYS FEES- Transaction 10839011 - Approved By: NOREVIEW : 02-14-2025:08:57:00
    - Exhibit 1

02-13-2025

Notice of Electronic Filing

Filed

Proof of Electronic Service Transaction 10838557 - Approved By: NOREVIEW : 02-13-2025:16:56:11

Case Summary

| | |
|---|---|
| 02-13-2025<br>Defendant | **Joinder**<br>Filed by: MARK W. DUNAGAN, ESQ.<br>Joinder... JOINDER TO MOTION FOR STAY OF ENFORCEMENT - Transaction 10838549 - Approved By: CSULEZIC : 02-13-2025:16:55:39 |
| 02-13-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10838363 - Approved By: NOREVIEW : 02-13-2025:16:11:56 |
| 02-13-2025<br>Plaintiff | **Errata**<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Errata... ERRATA TO PETITIONER'S OPPOSITION TO MOTION FOR STAY - Transaction 10838359 - Approved By: NOREVIEW : 02-13-2025:16:11:16 |
| 02-11-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10832372 - Approved By: NOREVIEW : 02-11-2025:14:37:04 |
| 02-11-2025<br>Plaintiff | **Opposition to Mtn**<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Opposition to Mtn ... PETITIONER'S OPPOSITION TO MOTION FOR STAY - Transaction 10832338 - Approved By: SACORDAG : 02-11-2025:14:35:52<br>  - Exhibit 1 |
| 02-11-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10831908 - Approved By: NOREVIEW : 02-11-2025:12:47:44 |
| 02-11-2025<br>Defendant | **Ex-Parte Mtn**<br>Filed by: MARIAH NORTHINGTON, ESQ.<br>Ex-Parte Mtn... CITY OF SPARKS' EX-PARTE MOTION FOR ORDER SHORTENING TIME - Transaction 10831870 - Approved By: ADIXON : 02-11-2025:12:46:55<br>  - Exhibit 1 |
| 02-11-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10831834 - Approved By: NOREVIEW : 02-11-2025:12:26:23 |
| 02-11-2025<br>Defendant | **Mtn for Stay**<br>Filed by: MARIAH NORTHINGTON, ESQ.<br>Mtn for Stay ... Transaction 10831831 - Approved By: NOREVIEW : 02-11-2025:12:25:55 |
| 02-11-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10831718 - Approved By: NOREVIEW : 02-11-2025:11:58:41 |
| 02-11-2025<br>Defendant | **Joinder**<br>Filed by: MARIAH NORTHINGTON, ESQ.<br>Joinder... CITY OF SPARKS' JOINDER TO CITY OF RENO'S MOTION TO RETAX COSTS - Transaction 10831518 - Approved By: EGUADRON : 02-11-2025:11:57:30 |
| 02-11-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10831245 - Approved By: NOREVIEW : 02-11-2025:10:49:52 |
| 02-11-2025<br>Plaintiff | **Opposition to Mtn**<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Opposition to Mtn ... PETITIONER'S OPPOSITION TO MOTION TO RETAX - Transaction 10831088 - Approved By: EGUADRON : 02-11-2025:10:49:17 |
| 02-10-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10830309 - Approved By: NOREVIEW : 02-10-2025:17:27:14 |
| 02-10-2025<br>Defendant | **Mtn to Retax Costs**<br>Filed by: MARK W. DUNAGAN, ESQ.<br>Mtn to Retax Costs Transaction 10830307 - Approved By: NOREVIEW : 02-10-2025:17:26:33 |
| 02-07-2025 | **Notice of Electronic Filing**<br>Filed<br>Proof of Electronic Service Transaction 10826305 - Approved By: NOREVIEW : 02-07-2025:13:16:31 |
| 02-07-2025<br>Plaintiff | **Mtn for Attorney's Fee**<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Mtn for Attorney's Fee Transaction 10826300 - Approved By: NOREVIEW : 02-07-2025:13:15:31<br>  - Exhibit 1 |
| 02-05-2025 | **Notice of Electronic Filing** |

Filed

Proof of Electronic Service Transaction 10820611 - Approved By: NOREVIEW : 02-05-2025:12:16:47

| 02-05-2025<br>Plaintiff | Memorandum of Costs<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Memorandum of Costs Transaction 10820610 - Approved By: NOREVIEW : 02-05-2025:12:16:20<br>   - Exhibit 1 |

| 02-04-2025 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10818830 - Approved By: NOREVIEW : 02-04-2025:14:48:56 |

| 02-04-2025 | ***Minutes<br>Filed<br>***Minutes 11/25/24 ORDER TO SHOW CAUSE - Transaction 10818820 - Approved By: NOREVIEW : 02-04-2025:14:47:47 |

| 02-04-2025 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10818218 - Approved By: NOREVIEW : 02-04-2025:12:50:54 |

| 02-04-2025<br>Plaintiff | Notice of Entry of Ord<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Notice of Entry of Ord Transaction 10818215 - Approved By: NOREVIEW : 02-04-2025:12:50:10 |

| 02-04-2025 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10818181 - Approved By: NOREVIEW : 02-04-2025:12:37:40 |

| 02-04-2025 | Ord Granting<br>Filed<br>Ord Granting ... ORDER GRANTING APPLICAITON IN PART PURSUANT TO NRS 239.011 - Transaction 10818171 - Approved By: NOREVIEW : 02-04-2025:12:36:23 |

| 12-16-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10732956 - Approved By: NOREVIEW : 12-16-2024:14:48:26 |

| 12-16-2024<br>Defendant | Notice<br>Filed by: MARIAH NORTHINGTON, ESQ.<br>Notice ... of Supplemental Authority - Transaction 10732951 - Approved By: NOREVIEW : 12-16-2024:14:47:47<br>   - EXHIBIT 1 |

| 12-13-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10730302 - Approved By: NOREVIEW : 12-13-2024:15:02:35 |

| 12-13-2024<br>Plaintiff | Request for Submission<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Request for Submission Transaction 10730299 - Approved By: NOREVIEW : 12-13-2024:15:02:02 DOCUMENT TITLE: PETITION FOR WRIT OF MANDAMUS PARTY SUBMITTING: LUKE BUSBY ESQ DATE SUBMITTED: 12/13/2024 SUBMITTED BY: CS DATE RECEIVED JUDGE OFFICE: |

| 12-13-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10730282 - Approved By: NOREVIEW : 12-13-2024:14:56:24 |

| 12-13-2024<br>Plaintiff | Reply Brief<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Reply Brief Transaction 10730280 - Approved By: NOREVIEW : 12-13-2024:14:55:56 |

| 12-10-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10720118 - Approved By: NOREVIEW : 12-10-2024:08:38:40 |

| 12-09-2024<br>Defendant | Response<br>Filed by: MARK W. DUNAGAN, ESQ.<br>Response... BRIEF CITY OF RENO - Transaction 10719822 - Approved By: MSALAZAR : 12-10-2024:08:38:05 |

| 12-09-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10719313 - Approved By: NOREVIEW : 12-09-2024:15:57:28 |

| 12-09-2024<br>Defendant | Supplemental ...<br>Filed by: MARIAH NORTHINGTON, ESQ.<br>Supplemental ... Response to Petition for Writ of Mandamus/Application for Order - Transaction 10719290 - Approved By: NOREVIEW : 12-09-2024:15:55:04 |

| 11-20-2024 | Notice of Electronic Filing |

|  | Filed |
|---|---|
|  | Proof of Electronic Service Transaction 10688843 - Approved By: NOREVIEW : 11-20-2024:14:57:46 |
| 11-20-2024 | Notice of Electronic Filing |
|  | Filed |
|  | Proof of Electronic Service Transaction 10688842 - Approved By: NOREVIEW : 11-20-2024:14:57:41 |
| 11-20-2024 Plaintiff | Proof of Service |
|  | Filed by: LUKE ANDREW BUSBY, ESQ. |
|  | Proof of Service 11/15/2024 CITY IF RENO Transaction 10688839 - Approved By: NOREVIEW : 11-20-2024:14:57:06 |
| 11-20-2024 Plaintiff | Proof of Service |
|  | Filed by: LUKE ANDREW BUSBY, ESQ. |
|  | Proof of Service Transaction 10688838 - Approved By: NOREVIEW : 11-20-2024:14:56:41 |
| 11-20-2024 | Notice of Electronic Filing |
|  | Filed |
|  | Proof of Electronic Service Transaction 10688717 - Approved By: NOREVIEW : 11-20-2024:14:23:14 |
| 11-20-2024 Defendant | Response |
|  | Filed by: MARIAH NORTHINGTON, ESQ. |
|  | Response... to Petition for Writ of Mandamus/Application for Order - Transaction 10688695 - Approved By: MSALAZAR : 11-20-2024:14:22:15 |
|  |   - Exhibit 1 |
|  |   - Exhibit 2 |
|  |   - Exhibit 3 |
| 11-19-2024 | Notice of Electronic Filing |
|  | Filed |
|  | Proof of Electronic Service Transaction 10686591 - Approved By: NOREVIEW : 11-19-2024:15:51:04 |
| 11-19-2024 | Ord Re: Media Request |
|  | Filed |
|  | Ord Re: Media Request REQ AND ORD RE ELECTRONIC COVERAGE - CONRAD/THIS IS RENO - Transaction 10686583 - Approved By: NOREVIEW : 11-19-2024:15:50:27 |
| 11-13-2024 | Notice of Electronic Filing |
|  | Filed |
|  | Proof of Electronic Service Transaction 10675567 - Approved By: NOREVIEW : 11-13-2024:13:16:19 |
| 11-13-2024 Plaintiff | Notice of Entry of Ord |
|  | Filed by: LUKE ANDREW BUSBY, ESQ. |
|  | Notice of Entry of Ord Transaction 10675560 - Approved By: NOREVIEW : 11-13-2024:13:15:34 |
| 11-13-2024 | Notice of Electronic Filing |
|  | Filed |
|  | Proof of Electronic Service Transaction 10675477 - Approved By: NOREVIEW : 11-13-2024:13:01:36 |
| 11-13-2024 | Ord Granting |
|  | Filed |
|  | Ord Granting ... ORD ISSUING ALT WRIT; SETTING SHOW CAUSE HEARING - Transaction 10675471 - Approved By: NOREVIEW : 11-13-2024:13:00:43 |
| 10-30-2024 | Notice of Electronic Filing |
|  | Filed |
|  | Proof of Electronic Service Transaction 10650346 - Approved By: NOREVIEW : 10-30-2024:13:35:08 |
| 10-30-2024 Defendant | Notice of Appearance |
|  | Filed by: MARIAH NORTHINGTON, ESQ. |
|  | Notice of Appearance WESLEY DUNCAN ESQ. MARIAH NORTHINGTON ESQ. - Transaction 10650333 - Approved By: MSALAZAR : 10-30-2024:13:34:03 |
| 10-30-2024 | Notice of Electronic Filing |
|  | Filed |
|  | Proof of Electronic Service Transaction 10649698 - Approved By: NOREVIEW : 10-30-2024:10:49:29 |
| 10-30-2024 Defendant | Notice of Appearance |
|  | Filed by: MARK W. DUNAGAN, ESQ. |
|  | Notice of Appearance MARK DUNGAN ESQTransaction 10649520 - Approved By: MSALAZAR : 10-30-2024:10:48:08 |
| 10-28-2024 | Notice of Electronic Filing |
|  | Filed |
|  | Proof of Electronic Service Transaction 10645836 - Approved By: NOREVIEW : 10-28-2024:15:43:01 |
| 10-28-2024 | Case Assignment Notification |
|  | Filed |
|  | Case Assignment Notification PER PEREMPTORY CHALLENGE FILED 10/28/2024 RANDOMLY REASSIGNED FROM DEPARTMENT 10 TO DEPARTMENT 8. - Transaction 10645834 - Approved By: NOREVIEW : 10-28-2024:15:42:25 |

| | |
|---|---|
| 10-28-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10645760 - Approved By: NOREVIEW : 10-28-2024:15:26:01 |
| 10-28-2024<br>Plaintiff | Peremptory Challenge<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>$Peremptory Challenge ERICA BLUTH - Transaction 10645687 - Approved By: YVILORIA : 10-28-2024:15:24:53 |
| 10-28-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10644992 - Approved By: NOREVIEW : 10-28-2024:13:15:20 |
| 10-28-2024 | Case Assignment Notification<br>Filed<br>Case Assignment Notification PER PEREMPTORY CHALLENGE FILED 10/28/2024 RANDOMLY REASSIGNED FROM DEPARTMENT 4<br>TO DEPARTMENT 10. - Transaction 10644984 - Approved By: NOREVIEW : 10-28-2024:13:12:25 |
| 10-28-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10644649 - Approved By: NOREVIEW : 10-28-2024:11:55:40 |
| 10-28-2024 | Peremptory Challenge<br>Filed<br>$Peremptory Challenge Transaction 10644436 - Approved By: JAPARICI : 10-28-2024:11:54:08 |
| 10-28-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10644134 - Approved By: NOREVIEW : 10-28-2024:10:27:48 |
| 10-28-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10644131 - Approved By: NOREVIEW : 10-28-2024:10:27:48 |
| 10-28-2024<br>Plaintiff | Proof of Service<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Proof of Service City of Sparks Served October 28, 2024 - Transaction 10644130 - Approved By: NOREVIEW : 10-28-2024:10:26:59 |
| 10-28-2024<br>Plaintiff | Proof of Service<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Proof of Service City of Reno Served October 28, 2024 - Transaction 10644129 - Approved By: NOREVIEW : 10-28-2024:10:26:56 |
| 10-24-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10642491 - Approved By: NOREVIEW : 10-24-2024:15:03:48 |
| 10-24-2024<br>Plaintiff | Certificate of Service<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Certificate of Service Transaction 10642473 - Approved By: NOREVIEW : 10-24-2024:15:01:26 |
| 10-24-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10642354 - Approved By: NOREVIEW : 10-24-2024:14:35:31 |
| 10-24-2024<br>Plaintiff | Notice of Entry of Ord<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Notice of Entry of Ord ORDER ISSUING ALTERNATIVE WRIT PURSUANT TO NRS 34.200 - Transaction 10642351 - Approved By:<br>NOREVIEW : 10-24-2024:14:35:00 |
| 10-24-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10642034 - Approved By: NOREVIEW : 10-24-2024:13:45:58 |
| 10-24-2024 | Ord Granting<br>Filed<br>Ord Granting ... ORDER ISSUING ALTERNATIVE WRIT PURSUANT TO NRS 34.200 - Transaction 10642029 - Approved By:<br>NOREVIEW : 10-24-2024:13:45:09 |
| 10-23-2024 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 10639783 - Approved By: NOREVIEW : 10-23-2024:15:36:12 |
| 10-23-2024<br>Plaintiff | Notice of Entry of Ord<br>Filed by: LUKE ANDREW BUSBY, ESQ.<br>Notice of Entry of Ord Transaction 10639779 - Approved By: NOREVIEW : 10-23-2024:15:35:26 |
| 10-23-2024 | Notice of Electronic Filing<br>Filed |

Proof of Electronic Service Transaction 10639731 - Approved By: NOREVIEW : 10-23-2024:15:25:58

Ord Granting Consolidation

10-23-2024

Filed

Ord Granting Consolidation ORDER FOR CONSOLIDATION - Transaction 10639721 - Approved By: NOREVIEW : 10-23-2024:15:24:57

Notice of Electronic Filing

10-21-2024

Filed

Proof of Electronic Service Transaction 10633757 - Approved By: NOREVIEW : 10-21-2024:12:14:46

Request for Submission

Filed by: LUKE ANDREW BUSBY, ESQ.

10-21-2024
Plaintiff

Request for Submission Transaction 10633750 - Approved By: NOREVIEW : 10-21-2024:12:13:36 DOCUMENT TITLE: EX-PARTE PETITION FOR WRIT OF MANDAMUS/APPLICATION PARTY SUBMITTING: LUKE BUSBY ESQ. DATE SUBMITTED: 10/21/2024 SUBMITTED BY: CS DATE RECEIVED JUDGE OFFICE:

- Exhibit 1

Notice of Electronic Filing

10-21-2024

Filed

Proof of Electronic Service Transaction 10633735 - Approved By: NOREVIEW : 10-21-2024:12:09:20

Notice of Stricken Document

Filed

10-21-2024

Notice of Stricken Document Transaction 10633734 - Approved By: NOREVIEW : 10-21-2024:12:08:50

- Document withheld. Document Security Level Exceeded

Notice of Electronic Filing

10-21-2024

Filed

Proof of Electronic Service Transaction 10633653 - Approved By: NOREVIEW : 10-21-2024:11:53:14

Notice of Electronic Filing

10-21-2024

Filed

Proof of Electronic Service Transaction 10633646 - Approved By: NOREVIEW : 10-21-2024:11:52:26

Notice

10-21-2024
Plaintiff

Filed by: LUKE ANDREW BUSBY, ESQ.

Notice ... Notice of Related Case - Transaction 10633644 - Approved By: NOREVIEW : 10-21-2024:11:52:14

Request for Submission

10-21-2024
Plaintiff

Filed by: LUKE ANDREW BUSBY, ESQ.

Document withheld. Document Security Level Exceeded

Petition ... /Other Civil

Filed by: LUKE ANDREW BUSBY, ESQ.

10-21-2024
Plaintiff

$Petition ... /Other Civil EX-PARTE PETITION FOR WRIT OF MANDAMUS/APPLICATION - Transaction 10633069 - Approved By: CSULEZIC : 10-21-2024:10:25:29

- Exhibit 1
- Exhibit 2
- Exhibit 3
- Exhibit 4