# EXHIBIT 2

# EXHIBIT 2

Nevada
Appellate Courts

Find Case...

## Appellate Case Management System
C-Track, the browser based CMS for Appellate Courts

### Cases
Case Search
Participant Search

Disclaimer: The information and documents available here should not be relied upon as an official record of action.
Only filed documents can be viewed. Some documents received in a case may not be available for viewing.
Some documents originating from a lower court, including records and appendices, may not be available for viewing.
For official records, please contact the Clerk of the Supreme Court of Nevada at (775) 684-1600.

### Case Information: 90244

| | | | |
|---|---|---|---|
| Short Caption: | CITY OF SPARKS VS. BLUTH (CIVIL) | Court: | Supreme Court |
| Lower Court Case(s): | Washoe Co. - Second Judicial District - CV2402408 | Classification: | Civil Appeal - General - Other |
| Disqualifications: | | Case Status: | Briefing Reinstated |
| Replacement: | | Panel Assigned: | Panel |
| To SP/Judge: | 03/11/2025 / Crowley, Margaret | SP Status: | Completed |
| Oral Argument: | | Oral Argument Location: | |
| Submission Date: | | How Submitted: | |

### - Party Information

| Role | Party Name | Represented By |
|---|---|---|
| Appellant/Cross-Respondent | City of Sparks | Wesley K. Duncan (Sparks City Attorney)<br>Mariah Northington (Sparks City Attorney) |
| Cross-Respondent | City of Reno | Mark W. Dunagan (Reno City Attorney)<br>Karl Schleigh Hall, III (Reno City Attorney) |
| Respondent/Cross-Appellant | Erica Bluth | Luke A. Busby |

### + Due Items

### Docket Entries

| Date | Type | Description | Pending? | Document |
|---|---|---|---|---|
| 03/06/2025 | Filing Fee | Appeal Filing Fee Waived. State/County/Municipality. (SC) | | |
| 03/06/2025 | Notice of Appeal Documents | Filed Notice of Appeal. Appeal docketed in the Supreme Court this day. (SC) | | |

| Date | Type | Description | Number |
|---|---|---|---|
| 03/06/2025 | Notice/Outgoing | Issued Notice of Referral to Settlement Program. This appeal may be assigned to the settlement program. Timelines for requesting transcripts and filing briefs are stayed. Docketing statement due: 21 days. (SC) | 25-10270 |
| 03/06/2025 | Docketing Statement | Filed Appellant's Docketing Statement Civil. (STRICKEN PER ORDER FILED ON 3/6/25) (SC) | |
| 03/06/2025 | Order/Procedural | Filed Order Striking Deficient Document. Order Striking Deficient Docketing Statement. Corrected Docketing Statement due: 14 days from the date of this order. (SC) | 25-10426 |
| 03/10/2025 | Docketing Statement | Filed Appellant's Docketing Statement Civil. (SC) | 25-10877 |
| 03/11/2025 | Filing Fee | Filing Fee due for Cross-Appeal (Bluth). (SC) | |
| 03/11/2025 | Notice of Appeal Documents | Filed Notice of Cross-Appeal (Bluth). (SC) | 25-11048 |
| 03/11/2025 | Notice/Outgoing | Issued Notice to Pay Supreme Court Filing Fee for Cross Appeal. No action will be taken on this matter until filing fee is paid. Due Date: 7 days. (SC) | 25-11052 |
| 03/11/2025 | Filing Fee | E-Payment $250.00 from Luke A. Busby. (SC) | |
| 03/11/2025 | Notice/Outgoing | Issued Notice to File Docketing Statement from Respondent/Cross-Appellant. Due date: 21 days. (SC) | 25-11166 |
| 03/11/2025 | Settlement Notice | Issued Notice: Assignment to Settlement Program. Issued Assignment Notice to NRAP 16 Settlement Program. Settlement Judge: Margaret M. Crowley. (SC) | 25-11202 |
| 03/12/2025 | Docketing Statement | Filed Respondent/Cross-Appellant's Docketing Statement. (STRICKEN PER ORDER FILED ON 3/13/25) (SC) | |
| 03/13/2025 | Order/Procedural | Filed Order Striking Deficient Document. Order Striking Deficient Docketing Statement. Corrected Docketing Statement from Erica Bluth remains due: April 1, 2025. (SC) | 25-11510 |
| 03/13/2025 | Docketing Statement | Filed Respondent/Cross-Appellant (Erica Bluth) Docketing Statement Civil. (SC) | 25-11632 |
| 03/24/2025 | Settlement Program Report | Filed ECAR/Not Appropriate for Settlement | 25-13268 |

| | | | |
|---|---|---|---|
| | | Program. This case is not appropriate for mediation. (SC). | |
| 04/02/2025 | Notice/Incoming | Filed Respondent/Cross-Appellant (Erica Bluth) Errata to Docketing Statement. (SC) | 25-14780 |
| 04/03/2025 | Settlement Order/Procedural | Filed Order Removing From Settlement Program and Reinstating Briefing. Appellant/cross-respondent City of Sparks (appellant) and respondent/cross-appellant Erica Bluth (cross-appellant) shall each have 14 days from the date of this order to file and serve a transcript request form. If no transcript is to be requested, appellant and cross-appellant shall file and serve a certificate to that effect within the same time period. Appellant shall have 120 days from the date of this order to file and serve the opening brief and appendix on appeal. Cross-appellant and respondent/cross-respondent City of Reno (respondent) shall each have 30 days from service of appellant's opening brief to file and serve an answering brief on appeal. Appellant shall have 30 days from service of the last filed answering brief on appeal to file and serve a single reply brief on appeal. Cross-Appellant shall have 120 days from the date of this order to file and serve the opening brief and appendix on cross-appeal. Appellant and respondent shall each have 30 days to file and serve an answering brief on cross-appeal. Cross-Appellant shall have 30 days from service of the last filed answering briefs on cross-appeal to file and serve a single reply brief on cross-appeal. (SC) | 25-14991 |
| 04/08/2025 | Notice/Incoming | Filed Appellant/Cross-Respondent Notice Transcript has been requested. (SC) | 25-15792 |

Combined Case View