# EXHIBIT 3

# EXHIBIT 3

5/7/25, 11:13 AM    Case 3:25-cv-00129-ART-CSD   NextGen CM/ECF Release 1.7 (Revision 1.7.1.2) Document 22-3   Filed 05/07/25   Page 2 of 5

ON BOND, Restraint_None

# United States District Court
## District of Nevada (Reno)
## CRIMINAL DOCKET FOR CASE #: 3:25-cr-00002-MMD-CSD-1

| | |
|---|---|
| Case title: USA v. Baehr | Date Filed: 01/23/2025 |

Assigned to: Judge Miranda M. Du
Referred to: Magistrate Judge Craig S. Denney

### Defendant (1)

| | | |
|---|---|---|
| **Tyler Michael Baehr** | represented by | **John L. Arrascada** <br> John L. Arrascada Esq. <br> 641 Jones Street <br> Reno, NV 89503 <br> 775-310-0084 <br> Email: john@johnarrascada.law <br> *ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 242 - Depravation of Rights Under Color of Law. (1-2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Andolyn R. Johnson** <br> United States Attorney's Office <br> 400 South Virginia Street, Suite 900 <br> Reno, NV 89501 <br> 775-784-5438 |

Fax: 775-784-5181
Email: andolyn.johnson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: USA*

**Sue Fahami**
U.S. Attorney's Office
400 South Virginia Street
Suite 900
Reno, NV 89501
(775)784-5438
Fax: (775)784-5181
Email: sue.p.fahami@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: USA*

**Megan Rachow , AUSA**
U. S. Attorney's Office
400 South Virginia Street
Suite 900
Reno, NV 89501
775-784-5438
Email: megan.rachow@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2025 | | Case randomly assigned to Judge Miranda M. Du and Magistrate Judge Craig S. Denney. (MB) (Entered: 01/23/2025) |
| 01/23/2025 | 1 | INDICTMENT as to Tyler Michael Baehr (1) count(s) 1-2. (Attachments: # 1 AO 257) (GA) (Entered: 01/24/2025) |
| 01/23/2025 | 2 | MINUTES OF PROCEEDINGS - Grand Jury Return as to Tyler Michael Baehr held on 1/23/2025 before Magistrate Judge Carla Baldwin. Crtrm Administrator: *Matthew Brown*; AUSA: *Megan Rachow*; Court Reporter/Recorder: *Janet Menges* ; Time of Hearing: *9:47 a.m.-9:49 a.m.*. A roll call of the Grand Jury is taken with 20 members present, which constitutes a quorum. The foreperson of the Grand Jury presents its partial report and indictments. On the motion of the United States Attorney, IT IS ORDERED that the indictment be filed and a summons be issued. ~~Preliminary Examination is converted to Arraignment and Plea.~~ Initial Appearance/ Arraignment and Plea set for 2/6/2025 at 03:00 PM in Reno Courtroom 2 before Magistrate Judge ~~Carla Baldwin~~ Craig S. Denney. (Copies have been distributed pursuant to the NEF - GA) Modified on 1/24/2025: Removed preliminary examination verbiage. Corrected judge for hearing (AB). (Entered: 01/24/2025) |
| 01/23/2025 | 3 | SUMMONS Issued by Magistrate Judge Carla Baldwin in case as to Tyler Michael Baehr. **Summons returned executed should be filed no later than 24 hours before date of hearing. (CRD distributed). (GA) (Entered: 01/24/2025) |
| 01/29/2025 | 4 | Summons Returned Executed on January 27, 2025 as to Tyler Michael Baehr. (Johnson, Andolyn) (Entered: 01/29/2025) |

| | | |
|---|---|---|
| 02/03/2025 | 5 | NOTICE OF ATTORNEY APPEARANCE: John L. Arrascada appearing for Tyler Michael Baehr (Arrascada, John) (Entered: 02/03/2025) |
| 02/04/2025 | 6 | First STIPULATION *& Order to move time for initial appearance* by Tyler Michael Baehr. (Arrascada, John) (Entered: 02/04/2025) |
| 02/04/2025 | 7 | ORDER **approving** ECF No. 6 Stipulation as to Tyler Michael Baehr (1). Initial Appearance/Arraignment and Plea set for 2/6/2025 (ECF No. 2 ) is advanced in time only to 1:30 p.m. in Reno Courtroom 2 before Magistrate Judge Craig S. Denney. Signed by Magistrate Judge Craig S. Denney on 2/4/2025. (Copies have been distributed pursuant to the NEF - AB) (Entered: 02/04/2025) |
| 02/06/2025 | 8 | MINUTES OF PROCEEDINGS - Initial Appearance/Arraignment & Plea as to Tyler Michael Baehr held on 2/6/2025 before Magistrate Judge Craig S. Denney. Crtrm Administrator: *AB*; AUSA: *Andolyn Johnson*; Def Counsel: *John Arrascada*; PTS: *Jennifer Simone*; Court Reporter/Recorder: *Liberty*; Recording start and end times: *1:30:30 p.m. - 1:38:13 p.m.*; Courtroom: *2*.<br><br>Defendant Baehr is present and appearing on summons. Defense counsel retained. Defendant Baehr is arraigned on the Indictment (ECF No. 1 ). Defendant Baehr pleads NOT GUILTY to count(s) 1 & 2. Order regarding Pretrial Procedure is entered and will be served on counsel via CM/ECF. The U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history, if any. The Court issues an oral order to the parties confirming the United States' *Brady* obligations. Defendant Baehr is released on a personal recognizance bond.<br><br>**Calendar Call set for Monday, March 17, 2025, at 9:00 a.m. in Reno Courtroom 5 before Judge Miranda M. Du.**<br><br>**Jury Trial set for Tuesday, April 8, 2025, at 9:00 a.m. in Reno Courtroom 5 before Judge Miranda M. Du.**<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - AB) (Entered: 02/06/2025) |
| 02/06/2025 | 9 | Joint MOTION for Protective Order by USA as to Tyler Michael Baehr. (Johnson, Andolyn) (Entered: 02/06/2025) |
| 02/06/2025 | 10 | ORDER REGARDING PRETRIAL PROCEDURE as to Tyler Michael Baehr. Responses to motions to be filed and served within 14 calendar days from the date of service of the motion, and reply brief to be served within 7 calendar days from the date of service of the response. Motions due by 3/8/2025. Signed by Magistrate Judge Craig S. Denney on 2/6/2025. (Copies have been distributed pursuant to the NEF - DLS) (Entered: 02/06/2025) |
| 02/06/2025 | 11 | PR BOND Entered as to Tyler Michael Baehr (1). (DLS) (Entered: 02/06/2025) |
| 02/07/2025 | 12 | PROTECTIVE ORDER re ECF No. 9 Motion for Protective Order as to Tyler Michael Baehr (1). Signed by Magistrate Judge Craig S. Denney on 2/7/2025. (Copies have been distributed pursuant to the NEF - AB) (Entered: 02/07/2025) |
| 02/19/2025 | 13 | Government's Disclosure Statement by USA as to Tyler Michael Baehr.. (Johnson, Andolyn) (Entered: 02/19/2025) |
| 03/04/2025 | 14 | STIPULATION TO CONTINUE (First Request) by Tyler Michael Baehr. (Arrascada, John) (Entered: 03/04/2025) |
| 03/04/2025 | 15 | ORDER TO CONTINUE - Ends of Justice - as to Tyler Michael Baehr. This continuance is excludable under the Speedy Trial Act and the time has been excluded. Jury Trial set for |

| | | 11/4/2025 at 9:00 AM in Reno Courtroom 5 before Judge Miranda M. Du. Calendar Call set for 10/14/2025 at 9:00 AM in Reno Courtroom 5 before Judge Miranda M. Du. Motions due by 10/3/2025. Responses due by 10/17/2025. Replies due by 10/24/2025. Signed by Judge Miranda M. Du on 3/4/2025. (Copies have been distributed pursuant to the NEF - GA) (Entered: 03/05/2025) |
|---|---|---|
| 04/15/2025 | 16 | NOTICE OF ATTORNEY APPEARANCE Megan Rachow, AUSA appearing for USA. (Rachow, Megan) (Entered: 04/15/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/07/2025 11:13:42 | | | |
| PACER Login: | PKKeegan4704 | Client Code: | Baehr |
| Description: | Docket Report | Search Criteria: | 3:25-cr-00002-MMD-CSD |
| Billable Pages: | 3 | Cost: | 0.30 |