1  KARL S. HALL
   Reno City Attorney
2  PETER K. KEEGAN
   Deputy City Attorney
3  Nevada State Bar No. 12237
4  Post Office Box 1900
   Reno, Nevada 89505
5  (775) 334-2050
6  *Attorneys for the City of Reno*

7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10

11

12 | ERICA BLUTH, an individual, and         CASE NO.: 3:25-cv-00129-ART-CSD
   | LAVORIA WILSON, an individual,
13 |                                         **OPPOSITION TO PLAINTIFFS'**
   |           Plaintiff,                    **MOTION FOR PROTECTIVE ORDER**
14 |      vs.
15 |
   | TYLER BAEHR, and individual, and THE
16 | CITY OF RENO, a political subdivision of
   | the State of Nevada,
17 |
18 |           Defendants.

19

20       Defendant, the City of Reno ("the City"), by and through their attorneys, Reno City

21 Attorney Karl S. Hall and Deputy City Attorney Peter Keegan, hereby submit the instant

22 Opposition to Plaintiffs' Motion for Protective Order (ECF No. 11).

23              **MEMORANDUM OF POINTS AND AUTHORITIES**

24 **I.     The Plaintiffs' Instant Motion was Unnecessary.**

25       The Plaintiffs' Motion for Protective Order (ECF No. 11) mischaracterizes the email

26 communications between the parties and fails to attach the same.[1] In the April 14-22, 2025, email

27

28
---
[1] Attached here to as **Exhibit 1** are the April 14-22, 2025, email communications between the parties referenced in Plaintiff's Motion for Protective Order (ECF No. 11).

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

-1-

communications the City did not oppose a protective order but instead expressed that a stipulated protective order was premature until such time as the Court ruled on its Motion to Stay.[2] The City filed its Motion for Stay (ECF No. 22) on April 7, 2025. The City submits that its Motion to Stay raises meritorious concerns and was not part of a strategic maneuver to hinder Plaintiffs' ability to pursue their claims efficiently.

Plaintiffs' instant motion was also unnecessary for several procedural reasons. First, the City and the Plaintiffs completed initial disclosures with Plaintiffs having provided their First Supplemental Disclosures and the same expected shortly from the City. Second, no discovery has been propounded by any party. Third, no joint case management report or discovery plan and scheduling order has been filed because the parties stipulated to an extension, which the Court granted, to accommodate Defendant Baehr's non-appearance.[3] Fourth, Defendant Baehr just recently filed his Answer to Complaint (ECF No. 20) on April 7, 2025, and had not yet participated in an early case conference.[4] Fifth, the current deadline for the parties to file a joint case conference report is May 23, 2025, with a case management conference scheduled for May 28, 2025.[5]

For the foregoing reasons, Plaintiff's Motion for a Protective Order (ECF No. 11) was premature and unnecessary; therefore, the City respectfully requests that the Court deny the same.

DATED this 7th day of May 2025.

                        KARL S. HALL
                        Reno City Attorney

                By: */s/ Peter Keegan*
                     PETER K. KEEGAN
                     Deputy City Attorney
                     Nevada State Bar No. 12237
                     Post Office Box 1900
                     Reno, Nevada 89505
                     *Attorneys for the City of Reno*

---

[2] Exhibit 1 at 1.
[3] *See* Stipulation and Order to Extend Deadline for Joint Case Management Report and Reschedule Case Management Conference (ECF No. 13 at 2-3).
[4] Answer to Complaint, filed April 7, 2025 (ECF No. 20).
[5] (ECF No. 13 at 4).

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this day, I served a copy of on the **OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** on the party(s) set forth below by:

\_\_\_\_\_ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices, and addressed as follows:

\_\_\_\_\_ Personal delivery.

\_\_X\_\_ CMECF electronic service.

\_\_\_\_\_ Federal Express or other overnight delivery.

\_\_\_\_\_ Reno/Carson Messenger Service.

addressed as follows:

| | |
|---|---|
| Luke Busby, Esq.<br>316 California Ave.<br>Reno, NV 89509<br>Attorney for Plaintiffs | Lauren Gorman, Esq.<br>275 Hill Street, Ste 248<br>Reno, NV 89501<br>Attorney for Plaintiffs |

Tyler Michael Baehr
9752 Pachuca Drive
Reno, NV 89521
In Propria Persona

DATED this 7th day of May 2025.

                                                               */s/ Terri Strickland*
                                                               Terri Strickland
                                                               Legal Assistant

## List of Exhibits

| Exhibit No. | Document | Page Nos. |
|:---:|:---|:---:|
| 1 | April 14-22, 2025, Email Communications | 9 |

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**