# EXHIBIT 1

# April 14-22, 2025, Email Communications

# EXHIBIT 1

# April 14-22, 2025, Email Communications

# Peter Keegan

| | |
|---|---|
| **From:** | Peter Keegan |
| **Sent:** | Tuesday, April 22, 2025 1:51 PM |
| **To:** | Luke Busby |
| **Cc:** | lgorman@laurengormanlaw.com |
| **Subject:** | RE: Case 3:25-cv-00129 |

Good afternoon,

Thank you for forwarding the proposed discovery plan and scheduling order we discussed last week. During the call I stated my objection, pursuant to Fed. R. Civ. P. 26(a)(1)(C), by requesting inclusion of the following provision in the plan:

> "During the April 14, 2025, Fed. R. Civ. P. 26(f) conference, the City of Reno indicated its intention to seek a stay of this civil matter pending the outcome of the pending criminal matter against Co-Defendant Michael Tyler Baehr in Case No. 3:25-CR-00002-MMD-CSD."

Based upon the City's objection, the City has indicated it does not agree with your proposed discovery plan or the default 14-day timeframe for initial disclosures as set forth by Fed. R. Civ. P. 26(a)(1)(C). Based upon the City's objection and stated intention to seek a stay, filing separate discovery plans is appropriate, and until the Court has determined whether this matter will proceed, stipulation to a protective order is premature.

Thank you,



**Peter Keegan**
Deputy City Attorney
Reno City Attorney's Office
1 East First Street, 3rd Floor
P.O. Box 1900
Reno, NV 89505
775-334-2073 (Direct)
KeeganP@reno.gov
Reno.Gov | **Connect with us:**

ATTORNEY-CLIENT PRIVILEGED

This e-mail message transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient or a person responsible for delivering it to the intended recipient you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by forwarding this e-mail to the sender or by telephone at (775) 334-2050 and then delete the message and its attachments.

**From:** Luke Busby <luke@lukeandrewbusbyltd.com>
**Sent:** Monday, April 21, 2025 1:20 PM
**To:** Peter Keegan <KeeganP@reno.gov>

**Cc:** Lauren Gorman <lgorman@laurengormanlaw.com>
**Subject:** Re: Case 3:25-cv-00129

Greetings,

We forwarded you the stipulated discovery plan as well as the proposed protective order a week ago. Despite seemingly agreeing to the contents of the proposed discovery plan you have not responded to my email requesting your consent to sign and file it. Nor have you responded to the draft of the proposed protective order.

Please let me know by the end of tomorrow weather you will stipulate or whether we will be required to file a separate discovery plan and motion for protective order.

Cheers!

On Mon, Apr 14, 2025 at 2:29 PM Luke Busby <luke@lukeandrewbusbyltd.com> wrote:
> Greetings,
>
> Please find attached the final proposed discovery plan and scheduling order. PLease let me know if I have your consent to affix your e-signature and file.
>
> Cheers!
>
> On Mon, Apr 14, 2025 at 2:22 PM Luke Busby <luke@lukeandrewbusbyltd.com> wrote:
>> Here is the draft protective order..
>>
>> On Mon, Apr 14, 2025 at 2:20 PM Peter Keegan <KeeganP@reno.gov> wrote:
>>> FYI
>>>
>>> **Peter Keegan**
>>>
>>> Deputy City Attorney
>>>
>>> Reno City Attorney's Office
>>>
>>> 1 East First Street, 3rd Floor
>>>
>>> P.O. Box 1900
>>>
>>> Reno, NV 89505
>>>
>>> 775-334-2073 (Direct)
>>>
>>> KeeganP@reno.gov

2

**Reno.Gov** | **Connect with us:** ☐ ☐ ☐ ☐

ATTORNEY-CLIENT PRIVILEGED

This e-mail message transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient or a person responsible for delivering it to the intended recipient you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by forwarding this e-mail to the sender or by telephone at (775) 334-2050 and then delete the message and its attachments.

**From:** Luke Busby <luke@lukeandrewbusbyltd.com>
**Sent:** Monday, April 14, 2025 1:52 PM
**To:** Peter Keegan <KeeganP@reno.gov>
**Cc:** Lauren Gorman <lgorman@laurengormanlaw.com>
**Subject:** Re: Case 3:25-cv-00129

Greetings,

Please find a draft discovery plan attached for today's call.

On Wed, Apr 2, 2025 at 2:08 PM Luke Busby <luke@lukeandrewbusbyltd.com> wrote:

> Greetings,
>
> Thanks, I'll send out a google meet invite.
>
> Cheers!

On Wed, Apr 2, 2025 at 2:06 PM Peter Keegan <KeeganP@reno.gov> wrote:

Good afternoon, Mr. Busby:

I am available on April 14th at 2:00 p.m. Do you want to initiate the call?

Thank you,

**Peter Keegan**

Deputy City Attorney

Reno City Attorney's Office

1 East First Street, 3rd Floor

P.O. Box 1900

Reno, NV 89505

775-334-2073 (Direct)

KeeganP@reno.gov

**Reno.Gov | Connect with us:**

ATTORNEY-CLIENT PRIVILEGED

This e-mail message transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient or a person responsible for delivering it to the intended recipient you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by forwarding this e-mail to the sender or by telephone at (775) 334-2050 and then delete the message and its attachments.

**From:** Luke Busby <luke@lukeandrewbusbyltd.com>
**Sent:** Wednesday, April 2, 2025 12:51 PM
**To:** Lauren Gorman <lgorman@laurengormanlaw.com>; Peter Keegan <KeeganP@reno.gov>
**Subject:** Case 3:25-cv-00129

Mr. Keegan,

I'm writing to see if you're available for the Rule 26 early case conference in the Bluth v. Baehr matter on April 14th at 2:00 p.m. Please let me know if this works for you.

Cheers!

--

Cheers!

Luke Busby, Esq.

316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112 (Dial Area Code)

(775) 403-2192 (Fax)

www.lukeandrewbusbyltd.com

luke@lukeandrewbusbyltd.com

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.

**CONFIDENTIALITY NOTICE:**

This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is also legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please immediately notify the sender and immediately destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

--

Cheers!


Luke Busby, Esq.

316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112 (Dial Area Code)

(775) 403-2192 (Fax)

www.lukeandrewbusbyltd.com

luke@lukeandrewbusbyltd.com

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.


Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.


--

Cheers!


Luke Busby, Esq.

316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112 (Dial Area Code)

(775) 403-2192 (Fax)

www.lukeandrewbusbyltd.com

luke@lukeandrewbusbyltd.com

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.

--
Cheers!
Luke Busby, Esq.
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com
luke@lukeandrewbusbyltd.com

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.

--
Cheers!
Luke Busby, Esq.
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com
luke@lukeandrewbusbyltd.com

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.

--
Cheers!
Luke Busby, Esq.
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com
luke@lukeandrewbusbyltd.com

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.