# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERICA BLUTH, et al, | Case Number 3:25-cv-00129-ART-CSD |
| Plaintiffs, | |
| vs. | **MINUTES OF PROCEEDINGS** |
| TYLER MICHAEL BAEHR, et al, | |
| Defendants. | Dated: May 28, 2025 |

PRESENT: <u>THE HONORABLE CRAIG S. DENNEY</u>, U.S. MAGISTRATE JUDGE

COURTROOM ADMINISTRATOR: <u>Ashlyn Bye</u>   REPORTER: <u>Liberty Court Recorder</u>

COUNSEL FOR THE PLAINTIFF:        <u>Luke Busby & Lauren Gorman</u>

COUNSEL BY TELEPHONE FOR DEFENDANT BAEHR:        <u>Tyler Baehr</u>

COUNSEL FOR DEFENDANT CITY OF RENO:        <u>Peter Keegan</u>

**MINUTES OF PROCEEDINGS: CASE MANAGEMENT CONFERENCE & MOTION HEARING**

9:00 a.m. Court convenes.

The Court advises the parties of the purpose of today's hearing and has reviewed the parties' briefs.

The Court addresses the Motion Regarding Discovery Dispute (ECF No. 17). Mr. Keegan advises that that the internal affairs report will be completed at the end of next week. Mr. Keegan further advises that there are policies regarding internal affairs reports and is hesitant to produce the draft report. Mr. Busby argues that the report was listed in the initial disclosures and that the draft report should have been provided.

The Court addresses the Motion for Protective Order (ECF No. 11). Mr. Busby is directed to provide Mr. Baehr with the protective order for his review and signature.

The Court addresses the parties' Proposed Discovery Plans and Scheduling Orders (ECF No. 10 & 14) and Joint Case Management Report (ECF No. 34). The Court will allow 180 days for discovery. The parties are directed to meet and confer then file an amended Discovery Plan and Scheduling Order.

MINUTES OF PROCEEDINGS - 1

ERICA BLUTH, et al v. TYLER MICHAEL BAEHR, et al
Case Number 3:25-cv-00129-ART-CSD

**IT IS ORDERED** that the Plaintiffs' Motion Regarding Discovery Dispute (ECF No. 17) is granted in part. Defendant City of Reno shall produce the internal affairs report, whether finalized or in draft form, no later than Friday, June 6, 2025.

**IT IS FURTHER ORDERED** that the Plaintiffs' Motion for Protective Order (ECF No. 11) is granted. The parties shall file the protective order no later than Friday, June 6, 2025.

**IT IS FURTHER ORDERED** that an amended Discovery Plan and Scheduling Order shall be filed no later than Friday, June 6, 2025.

There being no additional matters to address at this time, court adjourns at 9:32 a.m.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK
By: _____/s/_____
Ashlyn Bye, Deputy Clerk

MINUTES OF PROCEEDINGS - 2