Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com

Lauren Gorman, Esq.
Nevada State Bar #11580
275 Hill Street, Suite 248
Reno, Nevada 89501
(775) 742-6129
lgorman@laurengormanlaw.com
*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERICA BLUTH, an individual, and
LAVORIA WILSON, an individual,

    Plaintiff,

v.

TYLER BAEHR, and individual, and THE CITY OF RENO, a political subdivision of the State of Nevada.,

    Defendants.

Case No.: 3:25-cv-00129 MMD-CSD

**PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

Based on the findings and Orders of the Court at the May 28, 2025 Case Management Conference, the parties hereby submit the following proposed discovery schedule.

**Scope of Discovery:** Discovery may be conducted on all discoverable matters relevant to issues raised by the Complaint and Answers thereto consistent with the

Federal Rules of Civil Procedure and the Local Rules of this District.

**Initial Disclosures:** Parties must make initial disclosures by June 6, 2025.

**Discovery Cut-Off Date:** All discovery must be completed no later than Friday, November 14, 2025. When producing documents responsive to a discovery request, the documents shall be numbered, and the responsive documents shall be specifically referred to by Bates number in the response. The parties anticipate that their initial, supplemental, and responsive production of materials will be in .pdf and/or paper formats, served by electronic means where feasible. If any discovery deadline falls on a weekend or federal holiday, it shall be rescheduled to the next business day.

**Amending the Pleadings and Adding Parties:** The date for filing motions to amend the pleadings or to add parties shall not be not later than Monday, August 11, 2025.

**Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** The last day for disclosures required by Fed. R. Civ. P. 26(a)(2) concerning experts shall be Monday, August 18, 2025. The last day for disclosures regarding rebuttal experts shall be Wednesday, September 17, 2025.

**Dispositive Motions:** The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore, not later than Monday, December 15, 2025.

**Pretrial Order:** If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than Wednesday, January 14, 2026. In the event dispositive motions are filed, the last day to file the Joint Pretrial Order shall be suspended until thirty (30) days after the ruling on the dispositive motions.

Dated: May 31, 2025

BY: _____
Tyler Baehr, Pro Se

By: _____
Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com

Lauren Gorman, Esq.
Nevada State Bar #11580
275 Hill Street, Suite 248
Reno, Nevada 89501
(775) 742-6129
lgorman@laurengormanlaw.com
*Attorneys for the Plaintiffs*

BY: _____
Peter Keegan, Esq.
Deputy City Attorney
Nevada State Bar No. 12237
Reno City Attorney
P.O. Box 1900
Reno, NV 89505
*Attorney for Defendant City of Reno*

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: _____

# CERTIFICATE OF SERVICE

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing by:

_____ personally delivering;
_____ delivery via Reno/Carson Messenger Service;
_____ sending via Federal Express (or other overnight delivery service);
\_\_\_x\_\_ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,
\_\_\_x\_\_\_   delivery via electronic means (fax, eflex, NEF, etc.) to:

    Peter K Keegan
    Reno City Attorney
    1 East 1st Street
    Reno, NV 89510
    775-220-1426
    Email: keeganp@reno.gov

    Via US Mail to:

    Tyler Michael Baehr
    9752 Pachuca Drive
    Reno, NV 89521

May 31, 2025

By: _/s/ Luke Busby, Esq._____
Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
luke@lukeandrewbusbyltd.com