Tyler Baehr.
The individual
9752 Pachuca Dr
Reno, Nevada 89521
(480) 247-1685
tmbaehr@gmail.com
Defendant, Pro Se



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ERICA BLUTH, an individual, and
LAVORIA WILSON, an individual,

    Plaintiff,

v.

TYLER BAEHR, and individual, and THE
CITY OF RENO, a political subdivision of
the State of Nevada.,

    Defendants.

Case No.: 3:25-cv-00129-MMD-CSD

**Tyler Baehr's Response to the
Plaintiffs' Second Motion
Regarding Discovery**

COMES NOW Defendant Tyler Baehr, by and through his pro se appearance or counsel if represented, and submits the following limited response to Plaintiffs' Second Motion Regarding Discovery Dispute (ECF No. 45):

Defendant Tyler Baehr **does not object** to the form or manner in which the Internal Affairs Investigation Report (COR 000001–COR 000135), as referenced in Plaintiffs' Motion and produced by the City of Reno, was disclosed. Defendant Baehr takes no position as to the redactions made by the City of Reno or the scope of the City's compliance with the Court's May 28, 2025 Order (ECF No. 36), as Defendant Baehr was not the producing party for the documents in dispute.

Defendant Baehr respectfully reserves all rights to respond or object to any discovery issues directly involving his own disclosures or obligations but offers no objection regarding the City of Reno's production of the Internal Affairs Investigation Report in the present matter.

## CERTIFICATE OF SERVICE

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing by:

_____ personally delivering;
_____ delivery via Reno/Carson Messenger Service;
\_\_x\_\_ sending via Federal Express (or other overnight delivery service); \_\_\_\_\_
depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,
_____ delivery via electronic means (fax, eflex, NEF, etc.) to:

> Tyler Baehr
> 9752 Pachuca Dr
> Reno, NV 89521
> 480-247-1685
> Email: tmbaehr@gmail.com

Jun 13, 2025

> By: _Tyler Baehr._
> Tyler Baehr
> 9752 Pachuca Dr
> Reno, Nevada 89521
> tmbaehr@gmail.com
> 480-247-1685
> Defendant, Pro Se