1  KARL S. HALL
Reno City Attorney
2  PETER K. KEEGAN
Deputy City Attorney
3  Nevada State Bar No. 12237
Post Office Box 1900
4  Reno, Nevada 89505
(775) 334-2050
5  Attorneys for the City of Reno
6

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  ERICA BLUTH, an individual, and          CASE NO.:  3:25-cv-00129-MMD-CSD
LAVORIA WILSON, an individual,
12

13              Plaintiff,                    CITY OF RENO'S MOTION FOR
        vs.                                   LEAVE TO FILE A SUPPLEMENT IN
14                                            CLARIFICATION OF ITS MOTION
                                              FOR JUDGMENT ON THE
15  TYLER BAEHR, and individual, and THE      PLEADINGS (ECF NO. 16)
CITY OF RENO, a political subdivision of
16  the State of Nevada,

17              Defendants.

18

19

20          Defendant City of Reno ("the City"), by and through its attorneys, Reno City Attorney Karl

21  S. Hall and Deputy City Attorney Peter Keegan, hereby moves for leave to file an supplement in

22  clarification of its Motion for Judgment on the Pleadings (ECF No. 16). This Motion is based LR

23  7-2(g); the following Memorandum of Points and Authorities; and any additional information the

24  Court may choose to consider.

25              **MEMORANDUM OF POINTS AND AUTHORITES**

26          The City originally filed its Motion for Judgment on the Pleadings (ECF No. 16) on April

27  30, 2025, which has been fully briefed.[1] During the Court's June 18, 2025, hearing on Plaintiff's

28

─────────────────────
[1] *See* (ECF Nos. 16, 31, and 33).

1    Second Motion Regarding Discovery Dispute (ECF No. 45), Plaintiffs' counsel challenged that

2    the City's Motion for Judgment on the Pleadings (ECF No. 16) represented that Defendant Baehr's

3    conduct was limited to the two incidents alleged in Plaintiffs' Complaint (ECF No. 1). Upon

4    questioning by Magistrate Judge Denny during the hearing, the undersigned counsel stated that the

5    City's Motion (ECF No. 16) argued that the two incidents alleged in Plaintiffs' Complaint did not

6    put the city on actual or constructive notice of a widespread pattern in relation to Plaintiff's *Monell*

7    claim for insufficient training by the City.  During the June 18, 2025, hearing, the undersigned

8    counsel further represented that any argument that Defendant Baehr's conduct was limited only to

9    the two incidents alleged by Plaintiffs would be withdrawn.

10        Upon review of the City's Motion (ECF No. 16) the undersigned counsel identified the

11   following relevant argument: "Indeed, Plaintiff's Complaint only alleges the two incidents at issue

12   where Defendant Baehr violated their Fourth Amendment rights, the first on December 31, 2023,

13   and the second on August 12, 2024.[2]"[3]   After consideration, City does not believe that this

14   argument represents that there were only two incidents.  To avoid any ambiguity in its argument,

15   however, counsel for the City humbly moves this Court for leave to file the proposed supplement

16   attached hereto in redlined format as **Exhibit 1** and entitled City of Reno's Supplement to its

17   Motion for Judgment on the Pleadings (ECF No. 16).

18        DATED this 27th day of June, 2025.

19                                    KARL S. HALL
20                                    Reno City Attorney

21                        By:  */s/ Peter Keegan*
                                    PETER K. KEEGAN
22                                  Deputy City Attorney
                                    Nevada State Bar No. 12237
23                                  Post Office Box 1900
                                    Reno, Nevada 89505
24                                  *Attorneys for the City of Reno*

25

26

27

28

Reno City Attorney
P.O. Box 1900
Reno, NV 89505

---

[2] Complaint (ECF No. 1 at 3-4 ¶ 13, 19; 9 ¶ 51).
[3] (ECF No. 16 at 14:19-21).

1

**CERTIFICATE OF SERVICE**

2          Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S

3   OFFICE, and that on this date, I am serving the foregoing **MOTION FOR LEAVE TO FILE A**

4   **SUPPLEMENT IN CLARIFICATION OF CITY OF RENO'S MOTION FOR**

5   **JUDGMENT ON THE PLEADINGS (ECF NO. 16)** on the party(s) set forth below by:

6   __X__          CMECF electronic service.

7   Electronically addressed as follows:

8
     Luke Busby, Esq.                          Lauren Gorman, Esq.
9    316 California Ave.                        275 Hill Street, Ste 248
     Reno, NV 89509                            Reno, NV 89501
10   luke@lukeandrewbusbyltd.com               lgorman@laurengormanlaw.com
     Attorney for Plaintiffs                   Attorney for Plaintiffs
11

12   __X__          Placing an original or true copy thereof in a sealed envelope placed for collection
                    and mailing in the United States Mail, at Reno, Nevada, postage prepaid,
13                  following ordinary business practices, and addressed as follows:

14
     Tyler Michael Baehr
15   9752 Pachuca Drive
     Reno, NV 89521
16   In Propria Persona

17

18          DATED this 27th day of June, 2025.

19

20                                                  _/s/ Jenny Sparks_____
                                                    Jenny Sparks
21                                                  Legal Assistant

22

23

24

25

26

27

28

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

-3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit List**

| Exhibit No. | Description | # of Pages |
|---|---|---|
| 1 | City of Reno's Supplement to its Motion for Judgment on the Pleadings | 17 |

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**